**Law Office of David A. Zelman, Esq.**
**612 Eastern Parkway**
**Brooklyn, NY 11225**
**ph :(718) 604-3072**
**f :(718)604-3074**

June 20, 2017

Hon. Ann M. Donnelly
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:  Fleurima et. al. v. the City of New York et. al**
**15-CV-2616**

Your Honor:

    This office represents the above plaintiffs in this civil rights matter.

    This letter will confirm the rumor that the above case is settled.  Although my clients are a bit miffed at one of the individual defendants, they have agreed to resolve their claims with the City defendants for a global settlement discussed between counsel.  I anticipate receiving the settlement documentation from defense counsel in the next few days.

    Thank you for your time, patience and thoughtful participation in this matter.  I believe I also speak for the parties in thanking Magistrate Judge Bloom for her efforts and insights into this matter.

    Respectfully submitted….

Very Truly Yours:

/S

David A. Zelman, Esq.